# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| BASSIL ALLY, | ) | CASE NO.4:09CV1144 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| CITY OF YOUNGSTOWN, ET AL., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

Due to an unanticipated need for surgery the Court regrettably must continue the trial presently set for August 22, 2011. Therefore, the trial set for August 22, 2011 is continued. Parties shall confer and submit to the Court dates of availability for trial to be conducted before the end of the year. The best dates for the Court are November 7 or November 14, 2011. Parties shall submit their joint proposed new trial dates no later than August 5, 2011.

IT IS SO ORDERED.

 S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

July 28, 2011