**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BASSIL ALLY,** | ) | **CASE NO.4:09CV1144** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **CITY OF YOUNGSTOWN, ET AL.,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

### CHRISTOPHER A. BOYKO, J:

The Court Orders the parties in the above captioned case to submit briefs showing good cause why the Motions for Summary Judgment, Brief in Opposition, Replies, Motion for Sanctions, Motion to Bifurcate and all opposing briefs should not be unsealed. Parties shall submit cross briefs no later than Friday, August 12, 2011, by 12:00 PM. In the absence of good cause shown the Court will unseal all the above motions, opposition briefs and replies.

IT IS SO ORDERED.

 S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

August 8, 2011